

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00725-CV

David Allan **EDWARDS**,
Appellant

v.

Gerald B. **PHILLIPS**, M.D.,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA-A
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

Appellant David Allan Edwards is an inmate acting pro se. Before the appellate record was complete, Appellant filed a brief on October 25, 2013. He filed a second brief on January 8, 2014. Neither brief contains any citations to the record. *See* TEX. R. APP. P. 38.1(i).

The reporter's record was filed on July 22, 2014, and the appellate record is complete. *See id.* R. 38.6. Appellant's brief is due on August 21, 2014. *See id.*

Appellant's brief "must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." *Id.* R. 38.1(i); *accord In re Estate of Valdez*, 406 S.W.3d 228, 235 (Tex. App.—San Antonio 2013, pet. denied) (reiterating requirements for appellant's brief).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court